SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF __ONEIDA__ : CIVIL TERM PART

JUDGE MACRAE
32-15-0210

----

__JAVELL FOX__

Plaintiff,

CIVIL SUMMONS
INDEX NO. __CA2015-000598__

-Against-

__EDNA P HOBBIE, DWNE LAMONT,__
__SGT HARRIS, LT LURER, CHIEF LIDDY__
__ONEIDA COUNTY JAIL__

Defendants.

----

To: THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon plaintiff(s) __Javell Fox__ __Pro-Se__ at his address stated below, an answer to the attached complaint.

If this summons was personally served upon you in the State of New York, the answer must be served within twenty days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, the answer must be served within thirty days after service of the summons is complete as provided by law.

If you do not serve an answer to the attached complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the relief demanded in the complaint, without further notice to you.

The action will be heard in the Supreme Court of the State of New York, in and for the County of __Oneida__. This action is brought in the County of __Oneida__ because it is the county where the __claim arose__.

Dated: January 21, 2013

Yours etc.,

_____

RECEIVED
ONEIDA CO. SUPREME COURT
CLERK'S OFFICE
2015 MAR -5 PM 3:03

RECEIVED
ONEIDA CO. SUPREME COURT
CLERK'S OFFICE
2015 FEB 20 PM 2:21

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONEIDA          : CIVIL TERM
----------------------------------------

JAVELL FOX

                    Plaintiff(s),

- AGAINST -

EDNA P HOBBIE, ANNE LAMONT,
SGT HARRIS, LT ZUREK, CHIEF LIDDY
ONEIDA COUNTY JAIL

                    Defendant(s)
----------------------------------------

JUDGE MACRAE
32-15-0210

CIVIL COMPLAINT

INDEX NO. CA2015-000598

## PRELIMINARY STATEMENT

This is a civil rights action filed by Javell Fox a state prisoner, for compensatory and punitive damages, and injunctive relief pursuant to Title 42 U.S.C. § 1983, alleging violation of right(s) secured under the United States Constitution.

## JURISDICTION

This Court has jurisdiction pursuant to New York State Constitution Article VI § 7[a].

## VENUE

Venue is laid in this County pursuant to CPLR 506[b].

Defendants Sgt Harris, Lt Zurek is ~~an~~ employees ~~of the state~~ of Oneida county ~~of New York Department of Correctional Services~~ at Oneida county Jail, locate at Oriskany N y 13244. At all times mentioned in this complaint, defendant held the rank/title of _____.

## STATEMENT OF FACTS

1. The address of the plaintiff herein is Auburn Correctional Facility, 135 State Street, P.O. Box 618, Auburn, New York 13024.

2. The claim is for violation of state constitutional rights of the state by it's employees at Oneida county jail, Edna P. Hobbie, Anne Lamont, Sgt. Harris, Lt. Zurek, S Chief Liddy on February 23, 2012, I was informed by Anne Lamont that she didn't bring my legal work to me because Edna P. Hobbie was not there and Sgt. Harris had to review it because of restrictions that were o.ked by Lt. Zurek and chief Liddy; because of restrictions to one case law per day and review of all legal work and copy's it took me 30 days to get a notary and 2 weeks to receive copy's and legal material making it impossible for me to prepare for my legal defense and civil defense, which is liberty restricting.

3. As a result of this violation of my constitutional rights, plaintiff is unable to effectively research cases and legal material that could assist me in preparing effective motions to assure my release and liberty. There is no physical access to the law

library and the clerks that assist detainees in researching law material are incompetant in law and because of their incompetence I am suffering, And on May 21, 2012 was sentenced to 10 years Prison Because I could not properly research my case, and if I could of I would have won my criminal case.

4. As a result of this incident, plaintiff has suffered severe mental pain and anguish.

5. The particulars of plaintiff's damages are as follows:

   A. Lost earnings

Plaintiff having been a musician and certified in general business, preparing to enroll in school for audio engineering, potential major music contract with Violator management. As a result of this incident, my potential music contract has been destroyed because Oneida county jail and new york state employees are restricting me to having access to the courts and legal work to prepare defense which would lead to immediate release, so I am unable to keep music meeting schedules because of this situation, as well as the termination of my enrollment. Whenever I write to check on my legal work, my cell is searched and I am locked in.

   B. Mental anguish

I feel depressed; I was doing positive, enrolled in school, making music, music business meetings, and I am now stagnated because of this incident and my family is falling apart.

6. This claim was filed pursuant 42 USC section 1983. WHEREFORE, plaintiff respectfully requests judgment against the defendant in the sum of 5 million dollars

## FIRST CAUSE OF ACTION

Plantiff was denied Access to the court, and Jails law liscary was inadequate causing Plantiff to lose his Criminal trial Bounds v Smith in violation of Plantiffs First cen Amendment to the U.S constitution.

## SECOND CAUSE OF ACTION

## THIRD CAUSE OF ACTION

## FOURTH CAUSE OF ACTION

2015 MAR -5 PM 3:03  RECEIVED ONEIDA CO. SUPREME COURT CLERK'S OFFICE

2015 FEB 20 PM 2:21  RECEIVED ONEIDA CO. SUPREME COURT CLERK'S OFFICE

## RELIEF DEMANDED

Declaratory judgment that the acts, policies, and practices of the defendant(s), violated the plaintiff(s) rights under the United States Constitution.

Compensatory damages in the amount of $ 5,000,000 from the defendant(s) individually and official capacity.

Punitive damages in the amount of $_____, from the defendant(s) individually and official capacity. to be decided by jury

Jury trial on all issues triable by jury.

Such other and further relief as this Court may deem to be just and proper.

Dated: January 21, 2013

Yours etc.,

_/s/ Jarrell_

SWORN TO THIS 21

DAY OF January, 2013

_/s/ David G. O'Hara_
NOTARY PUBLIC

DAVID G. O'HARA
Notary Public, State of New York
No. 01OH6233984
Qualified in Onondaga County
Commission Expires January 3, 2015

2015 MAR -5 PM 3:03   RECEIVED ONEIDA CO. SUPREME COURT CLERK'S OFFICE

2015 FEB 20 PM 2:21   RECEIVED ONEIDA CO. SUPREME COURT CLERK'S OFFICE